United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 8, 2006**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 04-41375
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-

Appellee,

versus

MARTIN LOPEZ-SANCHEZ,

Defendant-

Appellant.

-------------------------------------------------------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:04-CR-393-ALL
-------------------------------------------------------------------

Before BARKSDALE, STEWART and CLEMENT, Circuit Judges

PER CURIAM:[*]

Martin Lopez-Sanchez (Lopez) appeals his conviction and sentence for illegal reentry

following deportation.  Lopez argues that the district court committed reversible error under United

States v. Booker, 543 U.S. 220 (2005), by sentencing him pursuant to a mandatory application of the

Sentencing Guidelines.  The Government concedes that Lopez has preserved this issue for appeal.

---

[*] Pursuant to 5TH CIR. R. 47.5, the  court  has determined  that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

The Government, however, has not shown beyond a reasonable doubt that the error was harmless. *See United States v. Walters*, 418 F.3d 461, 463-64 (5th Cir. 2005). Accordingly, Lopez's sentence is vacated, and this case is remanded for resentencing.

He also argues that the "felony" and "aggravated felony" provisions of 8 U.S.C. § 1326(b)(1) and (b)(2) are unconstitutional in light of *Apprendi v. New Jersey*, 530 U.S. 466 (2000). Lopez's constitutional challenge is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224, 235 (1998). Although Lopez contends that *Almendarez-Torres* was incorrectly decided and that a majority of the Supreme Court would overrule *Almendarez-Torres* in light of *Apprendi*, we have repeatedly rejected such arguments on the basis that *Almendarez-Torres* remains binding. See *United States v. Garza-Lopez*, 410 F.3d 268, 276 (5th Cir.), *cert. denied*, 126 S. Ct. 298 (2005). Lopez properly concedes that his argument is foreclosed in light of *Almendarez-Torres* and circuit precedent, but he raises it here to preserve it for further review.

CONVICTION AFFIRMED; SENTENCE VACATED; REMANDED FOR RESENTENCING.